# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 82- 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Daniel J. Bealko | | |

**DOCKET ENTRY TEXT**

Government's motion to seal compliant and associated affidavit until 3/1/08 or until the arrest and initial appearance of the defendant or further order of the Court is granted. Enter Order. Arrest warrant issued as to Daniel J. Bealko.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | DK |
|---|---|---|