UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 82 |
| | ) | |
| DANIEL J. BEALKO | ) | Hon. Morton Denlow |

**FILED 2-7-08 FEB 7 2008 MAGISTRATE JUDGE MORTON DENLOW**

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, respectfully moves this Court to seal the unseal the Complaint and associated Affidavit in the captioned case.

1. In its motion to seal, the government asserted that disclosure of the Complaint or of the investigation could interfere with or impede the success of the continuing investigation, particularly if the defendant learned of the Complaint before he was apprehended.

2. Since that time, the government has learned that defendant is aware of the investigation. Additionally, lifting the seal on the complaint will facilitate the government's efforts to obtain custody of the defendant.

WHEREFORE, the government requests that the Court issue a minute order unsealing the complaint.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

DATE: February 7, 2008

By: /s/ Brian Hayes
BRIAN HAYES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4307