# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 82 - 1 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Daniel J. Bealko | | |

**DOCKET ENTRY TEXT**

Government's motion to unseal complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DK |
|---|---|---|