UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                              Case No.: 1:08−cr−00082
                                                     Honorable Charles P. Kocoras

Daniel J Bealko, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

       MINUTE entry before Judge Honorable Charles P. Kocoras:Status hearing as to Daniel J Bealko held on 3/20/2008. Defendant Bealko fails to appear for arraignment. Outstanding bench warrant for defendant's arrest to stand. As the defendant is currently a fugitive, time beginning 3/13/2008 is excludable under 18:3161(h)(3)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.