# EXHIBIT 1

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

v.

Daniel J. Bealko

WARRANT FOR ARREST

Case Number: 08 cr 82-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Daniel J. Bealko** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

　　X Indictment　　Information　　Complaint　　Order of court　　Violation Notice　　Probation　　Violation Petition

charging him or her with: **Fraud by wire, radio or television**
**Scheme to defraud; money, state tax stamps**

in violation of Title 18; 18 United States Code, Section(s) 1343; 2314

Yvette Pearson Issuing Officer　　　　　　　U.S. Deputy Clerk

_____
Signature of Issuing Officer

Bail fixed at $

March 14, 2008;   Chicago

_____
, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received　　Name and Title of Arresting Officer　　Signature of Arrest Officer |
| Date of Arrest |