Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 82 - 1 | **DATE** | 4/16/2008 |
| **CASE TITLE** | US vs. Daniel J. Bealko  (#1) | | |

**DOCKET ENTRY TEXT**

As to defendant Daniel J. Bealko, the Government's motion [19] requesting a corrected arrest warrant is granted. Enter order that the arrest warrant issued by this Court on 3/14/2008 as to defendant Bealko is quashed; and that a new warrant be issued commanding the arrest forthwith of DANIEL J. BEALKO to answer an indictment charging him with the following violations:  Title 18, United States Code, Section 1343 and 1346 (scheme to defraud by wire); Title 18, United States Code, Section 2314 (interstate transportation of funds obtained by fraud); and Title 26, United States Code, Section 7201 (income tax evasion).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|

08CR82 - 1 US vs. Daniel J. Bealko  (#1)