UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 82-1 |
| v. | ) | |
| | ) | Honorable Charles P. Kocoras |
| DANIEL J. BEALKO | ) | |

## ORDER

The Court, having considered the Government's motion that the Court issue a corrected arrested warrant as to defendant, hereby ORDERS that:

(i) the arrest warrant issued by this Court on March 14, 2008, as to defendant BEALKO is quashed; and

(ii) a new warrant will be issued commanding the arrest forwith of DANIEL J. BEALKO to answer an indictment charging him with the following criminal violations: Title 18, United States Code, Section 1343 and 1346 (scheme to defraud by wire); Title 18, United States Code, Section 2314 (interstate transportation of funds obtained by fraud); and Title 26, United States Code, Section 7201 (income tax evasion).

_____
JUDGE CHARLES P. KOCORAS
U.S. District Court Judge

Date: April 16, 2008