AO 442 (Rev. 6/97) Warrant for Arrest

## United States District Court
### Northern District of Illinois
### Eastern Division

United States of America

v.

Daniel J. Bealko

**WARRANT FOR ARREST**

FILED
APR 17 2008
APR 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08 cr 82-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Daniel J. Bealko** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   Information   Complaint   Order of court   Violation Notice   Probation   Violation Petition

charging him or her with: **Fraud by wire, radio or television**
**Scheme to defraud; money, state tax stamps**

in violation of Title 18; 18 United States Code, Section(s) 1343; 2314

Yvette Pearson Issuing Officer

Signature of Issuing Officer

Bail fixed at $

U.S. Deputy Clerk

March 14, 2008;   Chicago

, Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
3/14/08

Date Received: 4/10/08
Date of Arrest:

Name and Title of Arresting Officer: Warrant Quashed per Court Order

Signature of Arrest Officer