AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America                    WARRANT FOR ARREST

v.

Daniel J. Bealko                            Case Number: 08 cr 82-1

To:   The United States Marshal
      And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Daniel J. Bealko** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    Indictment   Information   Complaint   X  Order of court   Violation Notice
Probation    Violation Petition

charging him or her with: **Scheme to defraud by wire**
**Interstate transportation of funds obtained by fraud**
Income Tax Evasion

in violation of Title 18:18:26 United States Code, Section(s) 1343 & 1346: 2314: 7201

Yvette Pearson Issuing Officer                    U.S. Deputy Clerk

_[signature]_

Signature of Issuing Officer                      April 25, 2008; Chicago

Bail fixed at $
                                                  _____, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest | | |